# U.S. Postal Service™
## CERTIFIED MAIL™ RECEIPT
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

BUFFALO NY 14228

| | | |
|---|---|---|
| Postage | $ 0.44 | 0600 |
| Certified Fee | $2.80 | 10 |
| Return Receipt Fee (Endorsement Required) | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | $0.00 | |
| Total Postage & Fees | $ $5.54 | 01/14/2011 |

Sent To: First Source Advantage
Street, Apt. No.; or PO Box No.: 205 Bryant Woods South
City, State, ZIP+4: Amherst, NY 14228

PS Form 3800, August 2006     See Reverse for Instructions

7009 2250 0000 2964 5173

## Certified Mail Provides:

- A mailing receipt
- A unique identifier for your mailpiece
- A record of delivery kept by the Postal Service for two years

### Important Reminders:

- Certified Mail may ONLY be combined with First-Class Mail® or Priority Mail®.
- Certified Mail is *not available* for any class of international mail.
- NO INSURANCE COVERAGE IS PROVIDED with Certified Mail. For valuables, please consider Insured or Registered Mail.
- For an additional fee, a *Return Receipt* may be requested to provide proof of delivery. To obtain Return Receipt service, please complete and attach a Return Receipt (PS Form 3811) to the article and add applicable postage to cover the fee. Endorse mailpiece "Return Receipt Requested". To receive a fee waiver for a duplicate return receipt, a USPS® postmark on your Certified Mail receipt is required.
- For an additional fee, delivery may be restricted to the addressee or addressee's authorized agent. Advise the clerk or mark the mailpiece with the endorsement "Restricted Delivery".
- If a postmark on the Certified Mail receipt is desired, please present the article at the post office for postmarking. If a postmark on the Certified Mail receipt is not needed, detach and affix this label with postage and mail.

**IMPORTANT:** Save this receipt and present it when making an inquiry.

PS Form 3800, August 2006 (Reverse) PSN 7530-02-000-9047

Charles and Eileen Degenhart
1025 Grandview Circle
Pottstown, PA 19465
610-326-1929
484-363-1168

January 13, 2011

Attn: Sherman
First Source Advantage
205 Bryant Woods South
Amherst, NY 14228

Reference #17842875

We are writing in response to your phone call of January 12, 2011 regarding a closed American Express Account ending in 1009. We do not we owe the amount stated of $22,400.00. When the account was closed all current charges were paid in full.

We are requesting that you provide us with the following information:

1. The precise amount of the debt.
2. All supporting detail including but not limited to dates, signatures, charge receipts, items purchased, vendors, address, etc.
3. Address where statements and past due notices were sent.

We dispute this debt; therefore, expect you to inform all credit reporting agencies of this dispute and ask that a copy of this letter be sent to the original creditor so they are also aware of our dispute with this debt. We expect all phone calls and any action on your part pertaining to this account to cease immediately.

Sincerely,


Charles L. Degenhart


Eileen E. Degenhart