

UNITED STATES POSTAL SERVICE®

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7009 2250 0000 2964 5173**
Status: **Delivered**

Your item was delivered at 11:43 am on January 18, 2011 in BUFFALO, NY 14228. A proof of delivery record may be available through your local Post Office for a fee.

Additional information for this item is stored in files offline.

Restore Offline Details > ? Return to USPS.com Home >

Track & Confirm

Enter Label/Receipt Number.

Go >

Site Map | Customer Service | Forms | Gov't Services | Careers | Privacy Policy | Terms of Use | Business Customer Gateway

Copyright© 2010 USPS. All Rights Reserved. No FEAR Act EEO Data FOIA Postal Inspectors Preserving the Trust Inspector General Promoting Integrity

```
EXHIBIT B
```